RAVENSWOOD HOSPITAL MEDICAL CENTER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-283–)

IBM CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE SECRETARY OF STATE, Respondent.

*Opinion filed December 31, 1974.*

IBM CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.